IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHARLES LEINHAUSER,

　　Plaintiff,

　　　　v.

EQUIFAX INFORMATION SERVICES LLC,

　　Defendant.

CIVIL ACTION NO.
1:26-cv-01740-TRJ-JKL

### ORDER

On May 6, 2026, Plaintiff filed a notice of settlement, notifying the Court that the parties have settled this case and intend to file a notice of dismissal upon finalization of the settlement. (Doc. 5). Accordingly, the Clerk is respectfully **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for docket management purposes. Plaintiff is **ORDERED** to file a notice of dismissal by **July 6, 2026**. Absent an extension or further order of the Court, if there is no request to reopen this action by **July 6, 2026**, the Court may dismiss this action with prejudice. Administrative closure will not prejudice the rights of the parties in any manner. If finalization of the settlement fails, the parties may file a motion to reopen this action, request enforcement of the settlement, or vacate this order of dismissal. The Clerk is respectfully **DIRECTED** to submit this matter to the Court on **July 7, 2026**, if Plaintiff has not filed a notice of dismissal.

SO ORDERED, this 7th day of May, 2026.

_____
TIFFANY R. JOHNSON
United States District Judge